TRINA A. HIGGINS, United States Attorney (7349)
BRADY WILSON, Assistant United States Attorney (17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265
brady.wilson@usdoj.gov

FILED US District Court-UT
JUN 22 '22 PM 12:52

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE HOSUE FONSECA,<br><br>Defendant. | INDICTMENT<br><br>Count I: 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to Distribute (>1 kilogram) |

Case: 4:22-cr-00066
Assigned To : Shelby, Robert J.
Assign. Date : 6/22/2022

The Grand Jury charges:

**COUNT I**
21 U.S.C. § 841(a)(1)
(Possession of Heroin with Intent to Distribute)

On or about June 3, 2022, in the District of Utah,

EDDIE HOSUE FONSECA,

defendant herein, did knowingly and intentionally possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of Heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, all in

violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

BRADY WILSON
Assistant United States Attorney